___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAR 1 3 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANTS FOR 22 U.S. MAIL PARCELS

**I.  Subject Parcels.**

This is an Affidavit submitted in support of an Application for Search Warrants for 22 subject U.S. Mail Parcels, hereinafter "Subject Parcels," or "SP." These Subject Parcels are currently located at the Incoming Mail Facility, in Linthicum Heights, Maryland. Those subject parcels are specifically identified as follows:

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 18[1] | (E) EU904414268US | Jay Wallen 950 Grant Ave Arcata, CA 95521 | Gramma Grant 9907 Mayfield Bethesda, MD 20817 |
| 19 | (E) EI215453759US | Robert Skyview Memorial Rolling Wood View Vallejo, CA 94589 | Laura 131 Ast Lothan, MD 20711 |
| 20 | (E) EG910476638US | c/o Youth Mentorning Services 2974 Delta Fair Blvd #149 Antioch, CA 94509 | c/o Community Outreach 3540 Crain Highway #517 Bowie, Md 20716 |
| 21 | (E) 4120 20774 9471 2036 9930 0000 1049 07 (click & ship) | Kevin Bale GBR Engravers 691 Fairview Street Oakland, CA 94609-1013 | Garett Baker 11203 Lochton St Uppr Marlboro MD 20774-1531 |
| 22 | (E) EI897824367US | Tasha McGruder 4919 N. 127th Dr Litchfield Park, Az 85340 | Jasmine Martinez 9015 Continental Place Hayattsville, MD 20785-9015 |

---

[1] This being the second warrant submitted for approval today, the first one with 17 parcels, the numbers in this warrant begin at 18.

| # | Tracking | Sender | Recipient |
|---|---|---|---|
| 23 | (E) EI631448170US | Malik Stevens<br>5422 W. Thunderbird Rd<br>Glendale AZ 85306 | Taylor Stevens<br>3240 Pelham Ave<br>Baltimore, MD 21213 |
| 24 | (E) EI754009979US | Laral Gima<br>4033 Benidict Canyon<br>Sherman Oaks, CA 9142 | Erika William<br>3741 Nortonia<br>Baltimore, MD 21216 |
| 25 | (E) EG994858112US | Elite Performance<br>699 El Camino Real<br>Tustin, CA 92780 | Hammer Motor Sports<br>2617 North Point Blvd<br>Dundalk, MD 21222 |
| 26 | (E) EI087084315US | Jim Reyes<br>16785 Estrella Dr<br>Sonoma, CA 95476 | Mr. Myron Brown<br>717 Marcy Ave<br>Oxon Hill, MD 20745 |
| 27 | (E) EI538670882US | Angela Sparks<br>111 Cleveland Ln<br>Ukiah CA 95482 | Stacey Sparks<br><u>In Care Of</u><br>8 Ebbtide Ct<br>Baltimore, MD 21221 |
| 28 | (E) EI 621861625 US | Dave Lorico<br>731 Poseo Grande<br>San Lorenzo, CA 94541 | Kevin Le<br>334 Heather Ridge Dr<br>Frederick, MD 21702 |
| 29 | (E) EI071507935US | Life is Easy<br>10525 Slater Ave<br>Fountain Valley, CA 92708 | Coach Manny<br>217 Garden Ridge Rd<br>Unit A<br>Catonsville, MD 21228 |
| 30 | (E) EI621861608US | Dave Lorico<br>731 Poseo Grande<br>San Lorenzo, CA 94541 | Jerry Le<br>8301 Edgewood Church Rd<br>Frederickm MD 21702 |
| 31 | (E) EI589157589US | Sonia Russell<br>7601 Timberway Lane<br>Houston Texas 77072 | Tony Blue<br>9314 Cherry Road Apt #704<br>College Park, MD 20740 |
| 32 | (E) EI843255296US | Dane M. Thomas<br>7100 E. Mississippi<br>Denver Co Apt 23, 203 80224 | Danielle Tippet<br>224 Murdock Rd<br>Towson, MD 21212 |

| 33 | (E) EI599674548US | Jason Davis 4865 Conrad Ave San Diego  92117 | Theresa James 803 Lindsey Manor Ln Silver Spring, MD 20905 |
|---|---|---|---|
| 34 | (E) EI633779109US | David Laird 4749 E. San Francisco Tucson AZ 85719 | Jan Laundsen 7316 Radcliffe Dr College park, MD 20740 |
| 35 | (E) EI814019128US | Law Office Robert Amparan 861 Bryant St San Francisco, CA 94103 | Michael Villegas 8704 Good Luck Rd Lahnam, MD 20760 |
| 36 | (E) EI315162895US | Dr. M Green Stanford University Scl of Med Lika Shing Bld 3rd floor Dean's Office MC 5216 Standford CA 94305-5101 | Dr. D. Brooks 3822 Regency Parkway Apt T3 Suitland, MD 20746 |
| 37 | (E) EI807479526US | Don Johnson 17820 32nd Ave E Tacoma, Wa 98446 | Kenneth Harris 100 Campus Circle Owings Mills, MD 21117 |
| 38 | (E) EI447303464US | Music World 9585 Bird Rd Mi. Fl 33165 | Peter Warren 3390 Curtis Dr #203 Sl. MD 20746 |
| 39 | (E) EI814019131US | Law Office Robert Amparan 861 Bryant St San Francisco CA 94103 | Manny Tron 3005 Medway St Silver Spring, MD 20902 |

## II. Affiant.

Your Affiant, Christopher Callahan, being duly sworn, hereby deposes and says:

*A. Training and Experience:* Your Affiant, Christopher Callahan, is a Postal Inspector with the United States Postal Inspection Service (USPIS) and has been so employed since April of 2007. Upon entering the United States Postal Inspection Service your Affiant completed twelve weeks of training in Potomac, Maryland. The training covered various aspects of federal

law enforcement including the investigation of narcotics related offenses. Your Affiant has received an additional five weeks of training in dangerous mail investigations, including detecting and investigating suspicious mail pieces containing unknown powders, liquids, and explosives. Your Affiant has received additional training specifically in conducting narcotics investigations. Your Affiant has received instruction on conducting investigations of, and has, in fact, participated in investigations involving possession with intent to distribute and distribution of controlled substances. Your Affiant has participated in multiple interdictions, controlled deliveries, seizures and search warrants which have resulted in criminal arrests and prosecutions.

*B. Basis of Knowledge:* The facts and information contained in this affidavit are based on my personal knowledge as well as that of the other agents involved in this investigation. All observations that were not made personally by this affiant were related to him by the persons who made the observations. Sources of information used routinely in this process also includes: Verifying zip codes through a public database maintained by the U.S. Postal Service, *USPS.com*; and, Checking associations between names and addresses in a law enforcement database, *Accurint*. This affidavit contains only that information necessary to establish probable cause in support of an application for a search for each of these parcels. This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government. *C. Your Affiant's Findings:* Based upon my training and experience in the field of narcotic interdiction through the mails, I know that there are suspicious characteristics common to many packages that contain narcotics and controlled substances. These factors, more fully detailed below, are used as a pointer system to identify packages requiring further investigation.

It is the totatlity of the characteristics that create reasonable suspicion prior to presenting a parcel to a canine for examination.   For the sake of these warrants, each parcel presented with several of these factors, and was also alerted to by the canine.   While there are many characteristics that experienced inspectors look for, the most common factors or suspicious characteristics routinely observed in the course of screening packages are as follows:

    1.  Contrasts observed between legitimate business parcels and drug parcels:

        a.  Express Mail:   As an alternative to First Class Mail which does not provide the ability of a customer to track the progress of a parcel through the system, the U.S. Postal Service offers Express Mail and Priority Mail. Express Mail is guaranteed (money back) to be delivered on a set date and time, usually overnight.  (That deadline is determined at the time of mailing.) The customer receives a receipt with this guaranteed information, and the sender can opt for a signature requirement at the other end or not.  Customers can track the parcel on line by its distinct Express Mail tracking number.  The weight of the package and the distance traveled are the two main factors in setting the price. Express Mail costs more than Priority Mail.

        b.  Priority Mail: Priority Mail has a delivery service standard of 2-4 business days, but is not guaranteed.   Priority is a less expensive alternative to Express, but still provides the ability to track a parcel.

Businesses using Express Mail typically have a business or corporate account visible on the mailing label, which covers the cost of the mailing, in contrast to the drug distributor who will pay at the counter with cash or a credit card.   Business Express Mail parcels typically weigh no more than 8 ounces, and business Priority Mail parcels typically weigh no more than 2 pounds. Drug packages typically exceed these weights.  Address labels on business parcels are typically typed, and drug packages are typically hand written.   In your affiant's experience, it is fairly easy to separate out smaller parcels, which constitute 70 to 80% of all Express and Priority Mail parcels, from other parcels.   Typically, drug traffickers using Express mail, will opt out of the

5

signature requirement.

2. Invalid Sender/Return Address: When drugs are shipped through the mails, the senders generally do not want them back. To distance themselves from parcels containing drugs, often the return addresses and the names of senders are fictitious or false. A fictitious or false address is anything from an incorrect zip code, to a non-existent house number or street. The name of the sender is also typically invalid is one of several ways. Your affiant has seen packages sent by person with names of celebrities, cartoon characters, or fictional persona. More often a search of the *Accurint* database reflects that there is no association between the name of the sender, and the address provided.

3. Invalid Recipient/Address: It would be counter-productive to put the wrong receiving address on a package, but often the named recipient is not associated with the address. This provides plausible deniability to anyone receiving the package to as to their knowledge of its contents. Sometimes drug packages are addressed to vacant properties with the expectation that the postal carrier will just leave it at the address. The intended recipient will then retrieve it from that location and will hope to remain anonymous.

4. Your affiant knows that packages from California, Arizona, Washington, Colorado, Texas and Florida, where the Subject Parcels have been sent, to locations on the East Coast, to include Maryland, can also indicate a parcel containing controlled substances.

5. Additional factors seen less frequently, but nevertheless noteworthy include:

a. Smell: The odor of cocaine, marijuana, and methamphetamine are distinct, and through experience postal inspectors are familiar with these odors. On occasion, a parcel will emit an odor that is easily recognized without the assistance of a canine. (Again, this

is only a pointer.)  Other smells that suggest the contents are drugs, are from masking agents. Common masking agents used in an attempt to thwart law enforcement and canines typically include dryer sheets, coffee, mustard, and any other substance that releases a strong smell.

    b. Heavily taped parcels are another factor that will suggest a drug parcel. Your affiant has also observed excessive glue on the flaps as well.

It is your affiant's experience that when these factors are observed, a canine hit will follow.  As a result, these factors become a reliable way to profile the parcels being shipped every day.

### III.   Statement of Facts and Circumstances.

The following factors or suspicious characteristics are present in each of the subject parcels:

| Subject Parcel (E/P) | Weight | FROM Invalid? name/address | Other? |
|---|---|---|---|
| From Source Area? | Label | TO Invalid? | Canine Alert |
| 18 Express | 5 lbs 7 oz | name not associated | |
| California - YES | handwritten | all okay | YES - Hunter[2] |
| 19 Express | 3 lbs 6.6 oz | neither valid | same as SP 11 earlier |
| California - YES | handwritten | all okay (partial name) | YES - Hunter |
| 20 Express | 13 lbs 15 oz | name not associated | |
| California - YES | handwritten | name not associated | YES - Hunter |

---

 [2] "Hunter" was last certified in April of 2012 to alert on odors of ecstasy (MDMA), cocaine, heroin, and marijuana (THC) and is trained on a monthly basis to ensure his accuracy.  Baltimore Detective Norm Shifflett is the handler for "Hunter." As of February 26, 2013, Hunter alerted on 41 parcels, 39 of which contained narcotics + one which contained bulk U.S. currency.

| | | | |
|---|---|---|---|
| 21 Express | 10 lbs 4 oz | name not associated | |
| California - YES | typed | name not associated | **YES** - Hunter |
| 22 Express | 4 lbs 14 oz | name not associated | |
| Arizona - YES | handwritten | name not associated | **YES** - Hunter |
| 23 Express | 14 lbs 5 oz | name not associated | |
| Arizona - YES | handwritten | name not associated | **YES** - Hunter |
| 24 Express | 4 lbs 15.7 oz | name not associated | |
| California - YES | handwritten | name not associated | **YES** - Hunter |
| 25 Express | 20 lbs 4 oz | neither valid | |
| California - YES | handwritten | all okay | **YES** - Hunter |
| 26 Express | 8 lbs | neither valid | |
| California - YES | handwritten | name not associated | **YES** - Hunter |
| 27 Express | 10 lbs 14.8 oz | name not associated | |
| California - YES | handwritten | name not associated | **YES** - Hunter |
| 28 Express | 4 lbs 3 oz | neither valid | same sender as #30 |
| California - YES | handwritten | name not associated | **YES** - Hunter |
| 29 Express | 6 lbs 7 oz | name not associated | |
| California - YES | handwritten | name not associated | **YES** - Hunter |
| 30 Express | 4 lbs 3 oz | neither valid | same sender as #28 |
| California - YES | handwritten | name not associated | **YES** - Hunter |
| 31 Express | 16 lbs 12 oz | neither valid | |
| Texas - YES | handwritten | all okay | **YES** - Hunter |
| 32 Express | 5 lbs 10 oz | name not associated | |
| Colorado - YES | handwritten | name not associated | **YES** - Hunter |
| 33 Express | 3 lbs 8 oz | neither valid | |

| | | | |
|---|---|---|---|
| California - YES | handwritten | name not associated | YES - Mia[3] |
| 34 Express | 10 oz | all okay (incomplete) | |
| Arizona - YES | handwritten | all okay | YES - Mia |
| 35 Express | 8 lbs 6 oz | all okay | same sender as #39 |
| California - YES | handwritten | name not associated | YES - Mia |
| 36 Express | 30 oz | name not with Univ | |
| California | handwritten | name not associated | YES - Mia |
| 37 Express | 1 lb 11.4 oz | name not associated | |
| Washington - YES | handwritten | name not associated | YES - Mia |
| 38 Express | 2 lbs 1 oz | neither valid | |
| Florida - YES | handwritten | incomplete city - Suitland | YES - Mia |
| 39 Express | 8 klbs 9 oz | all okay | same sender as #35 |
| California - YES | handwritten | name not associated | YES - Mia |

Standard protocols for canine detection are followed. Specifically, on this date, your Affiant placed the subject parcel identified herein, in an office among other boxes at the Incoming Mail Facility, Linthicum Heights, Maryland. At that time, the law enforcement dog handler identified herein, with his narcotic detecting canine, identified herein, were brought in to search the office. The handler observed the canine and then informed your Affiant that the dog alerted on the subject parcel which was hidden among other

---

[3] "Mia" was last certified in December of 2012 to alert on odors of ecstasy (MDMA), cocaine, heroin, and marijuana (THC) and is trained on a monthly basis to ensure his accuracy. Maryland State Police Corporal Matthew Murphy is the handler for "Mia." As of February 26, 2013 "Mia" alerted on 10 parcels, 10 of which contained narcotics. CBC

boxes. Your Affiant also observed the canine alert on the parcel in each instance.

## VI. Conclusion.

Your affiant submits that based upon the above indicators reflected in the 22 Subject Parcels described herein, based upon my training and experience, and based upon the alert of a trained canine on each package, I believe there is probable cause that each of the above-described subject parcels contain narcotics or controlled substances and/or materials relating to the distribution of controlled substances through the United States Mail.

Respectfully submitted,

Christopher Callahan
United States Postal Inspector

Subscribed and sworn to before me this 26th day of February, 2013.

Susan K. Gauvey,
United States Magistrate Judge
District of Maryland

(AUSA: A.Smith - 410-209-4858)